UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OLANREWAJU LAMINA,

    Plaintiff,

v.                                               CASE NO. 8:23-cv-2495-SDM-NHA

ATTORNEY GENERAL OF
THE UNITED STATES, et al.,

    Defendants.
_____/

## ORDER

The parties jointly move to extend by thirty days the time within which to respond the complaint. Also, apparently anticipating the plaintiff's amending the complaint, the parties request an extension of the time within which to respond to any amended complaint. The motion is **GRANTED-IN-PART**. No later than **MARCH 1, 2024**, the defendants must respond to the complaint. But no extension for an anticipated response to an anticipated amended complaint is available.

ORDERED in Tampa, Florida, on January 30, 2024.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE